UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION NEBRASKA CHAPTER HEALTH AND WELFARE PLAN, IBEW LOCAL 22/NECA PENSION PLAN A, IBEW LOCAL 22/NECA DEFINED CONTRIBUTIONS PLAN B, OMAHA BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 22 VACATION-HOLIDAY TRUST FUND, and RONALD L. MILLER in his representative capacity as a fiduciary of the Plaintiff Funds, <br><br>Plaintiffs,<br><br>vs.<br><br>JUBILEE PARTNERS, LLC d/b/a VISION CONTRACTING, and TELSTAR ELECTRIC COMPANY, INC.<br><br>Defendants. | CASE NO. 8:06-CV-550<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

The Court, after having considered Defendant's Motion for Extension of Time Oppose Plaintiffs' Motion for Summary Judgment, finds that Defendants' Motion should be allowed.

IT IS NOW THEREFORE ORDERED that Defendants shall be granted an extension of time up to and including November 30, 2007, in which to file its opposition brief to Plaintiffs' Motion for Summary Judgment.

DATED this 13th day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge

Intl proposed ord.wpd